CM/ECF volpmd
(Rev. 01/03/17)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In Re:  James R Crowley ) Case No.: 18–13216–JDW
        Debtor(s) ) Chapter: 13
) Judge: Jason D. Woodard
)
)

## **ORDER AND NOTICE AS TO DEFICIENCY(IES) AND PROPOSED DISMISSAL OF CASE**

      Pursuant to the U.S. Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Uniform Local Rules, and standing orders, the Debtor(s) has 14 days from the date of filing the above−captioned case to file the required paperwork and pay fees as applicable. The Court will not routinely grant extensions of time to file such paperwork. A motion for extension must be supported by good cause.

      In order for this case to be administered, it is necessary that the documents described below be filed within 14 days:

          Statement of Financial Affairs due 09/05/2018
          Aty Disclosure Stmt. due 09/05/2018
          Verification of Matrix due 09/05/2018
          Chapter 13 Plan due 09/05/2018
          Summary of Schedules due 09/05/2018
          Schedule A/B due 09/05/2018
          List of All Creditors due 09/05/2018
          Schedule C due 09/05/2018
          Ch 13 − Proper 122C form(s) due 09/05/2018
          Schedule D due 09/05/2018
          Schedule E/F due 09/05/2018
          Schedule G due 09/05/2018
          Schedule H due 09/05/2018
          Schedule I due 09/05/2018
          Sch J (and J−2 If Applicable) due 09/05/2018

      If the required paperwork and/or fees are not timely filed and/or paid by 9/5/18 the Court will enter an ex parte order dismissing the case without further hearing.

Dated and Entered: 8/23/18

                                              Jason D. Woodard
                                              Judge, U.S. Bankruptcy Court