# IN THE UNITED STATES BANKRUPTCY COURT
## Northern District of Mississippi

**IN THE MATTER OF:**  
**JAMES R CROWLEY**  
**SS#:  XXX-XX-0179**

**CASE NO.: 18-13216**

## ORDER UPON EMPLOYER DIRECTING DEDUCTIONS FROM PAY

**IT APPEARING TO THE COURT** that there is now pending a certain Chapter 13 Proceeding in which **the above-named DEBTOR** subjected his earnings to the jurisdiction of the Court; the **DEBTOR's** principal income is from wages, salary of commissions; and that the employer of the said **DEBTOR** is subject to such orders as may be requisite to effectuate the provisions of the plan proposed by the **DEBTOR** {with the employer being directed to pay all or any part of such income to the **TRUSTEE.** Bankruptcy Reform Act of 1978, Title 11, Section 1325 (b)}.

**IT IS FURTHER APPEARING THAT** it is requisite to effectuate the provisions of the **DEBTOR's** plan; that the employer is directed to pay a portion of the **DEBTOR's** earnings to the Court for distribution to creditors and that such employer is:

> CITY OF WEST POINT  
> P O BOX 1117  
> WEST POINT, MS 39773

**IT IS ORDERED** that until further notice of this Court, the above-named employer is required to deduct from the **DEBTOR's** earnings and pay over to:

| TERRE M. VARDAMAN | TERRE M. VARDAMAN |
| --- | --- |
| CHAPTER 13 TRUSTEE | CHAPTER 13 TRUSTEE |
| P.O. BOX 1985 | P.O. BOX 1326 |
| MEMPHIS TN 38101-1985 | BRANDON MS 39043 |
| **PAYMENTS ONLY** | **ALL OTHER CORRESPONDENCE** |

the sum of **$675.00 SEMIMONTH .**

**FURTHER ORDERED,** that the employer shall, as of this date, cease and discontinue to pay deductions, including credit unions, of every kind except those required to be made for State or Federal Income Taxes, Insurance, Social Security contributions or union dues.

**DATED AT  Aberdeen, MS** on  **09/06/2018**

/s/ Jason D Woodard  
_____  
**Jason D Woodard**  
**BANKRUPTCY JUDGE**

R GAWYN MITCHELL  
P O BOX 1216  
COLUMBUS, MS 39703-1216